**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-01692-STV

SBS FRANCHISING, LLC,

    Plaintiff,

v.

CHANNEN SMITH,
CHANNEN COMPANIES, LLC,
ARETE PROPERTY SERVICES, LLC,
CRS HOLDINGS LLC, d/b/a STRATUS BUILDING SOLUTIONS,
MARVIN ASHTON,
IOWA BUILDING SOLUTIONS, LLC,
RAUL CUNARRO RODRIGUEZ, a/k/a RAUL CUNARRO,
POMAIKAI FRANCHISING, LLC, and
JOE GALLEGOS,

    Defendants.

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff SBS Franchising, LLC ("SBS"), by and through undersigned counsel, hereby moves the Court for issuance of a preliminary injunction against Defendants, their agents, servants, employees, and others in active concert or participation with them, in the manner set forth in the attached proposed Preliminary Injunction. This Motion is based upon Rule 65 of the Federal Rules of Civil Procedure and is supported by the accompanying memorandum of law, witness declarations, and other evidence contemporaneously filed with this motion.

As set forth in SBS' memorandum, a preliminary injunction is necessary to stop the Defendants' theft and misappropriation of SBS' business, trade secrets, and intellectual property. SBS is suffering irreparable harm at the hands of the Defendants and will continue to suffer such harm absent injunctive relief.

724740

Pursuant to governing agreements between the parties, SBS has demanded that Defendants submit to mediation. Should mediation fail to resolve all disputes raised by SBS herein or should the Defendants refuse to participate, SBS requests that this Court schedule a hearing on this motion for preliminary injunction forthwith.

No bond is proffered as no bond is warranted by the circumstances of this case.

WHEREFORE, SBS respectfully requests that this Court:

A. SCHEDULE this matter for a hearing on an expedited basis, but no sooner than 30 days from the date of this motion to allow for mediation;

B. ENTER a Preliminary Injunction in the proposed form; and

C. GRANT any such further relief as the Court deems just and equitable.

Respectfully submitted,

**SBS FRANCHISING, LLC**

By its attorneys,

*ROBINSON WATERS & O'DORISIO, P.C.*

Dated: June 12, 2019                By: */s/ Harold R. Bruno III*
Harold R. Bruno III
Elizabeth Michaels
Robinson, Watters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, CO 80202
(303) 297-2600
hbruno@rwolaw.com
emichaels@rwolaw.com

W. Daniel Deane (*pro hac vice* forthcoming)
Nathan P. Warecki ((*pro hac vice* forthcoming)
Nixon Peabody LLP
900 Elm Street, 14th Floor
Manchester, NH 03101
(603) 628-4000
ddeane@nixonpeabody.com
nwarecki@nixonpeabody.com

**LOCAL RULE 7.1(a) CERTIFICATION**

724740

Pursuant to Local Rule 7.1(a), counsel for SBS has not conferred with Defendants' counsel because it is filing this motion before service of the Complaint and counsel for SBS does not yet know who Defendants' counsel is.

                                                 */s/ Harold R. Bruno III*

724740