# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. I:19-cv-01692-DDD-STV

SBS FRANCHISING, LLC,

        Plaintiff,

**v.**

CHANNEN SMITH, CHANNEN COMPANIES, LLC, ARETE PROPERTY SERVICES, LLC, CRS HOLDINGS LLC, d/b/a STRATUS BUILDING SOLUTIONS, MARVIN ASHTON, IOWA BUILDING SOLUTIONS, LLC, RAUL CUNARRO RODRIGUEZ, a/k/a RAUL CUNARRO, POMAIKAI FRANCHISING, LLC, and JOE GALLEGOS,

        Defendants/Counterclaimants,

STRATUS BUILDINGS SOLUTIONS (OF KANSAS), LLC, SBS SAN DIEGO CHANNEN CO., LLC, PHSCCH LLC, and STRATUS BUILDING SOLUTIONS OF ARIZONA, LLC

        Plaintiffs-in-Intervention/Defendants.

---

## STIPULATION AND JOINT MOTION FOR APPROVAL AND ENTRY OF STIPULATED PERMANENT INJUNCTION ORDER

---

Plaintiff, SBS Franchising, LLC, and Defendants/Counterclaimants, Channen Smith, Channen Companies, LLC, Arete Property Services, LLC, CRS Holdings, LLC d/b/a Stratus Building Solutions, Marvin Ashton, Iowa Building Solutions, LLC, Raul Cunarro Rodriguez a/k/a Raul Cunarro, Pomaikai Franchising, LLC, and Joe Gallegos, and Plaintiffs-in-Intervention/Defendants, Stratus Building Solutions (of Kansas), LLC, SBS San Diego Channen Co., LLC, PHSCCH LLC, and Stratus Building Solutions of Arizona LLC (all, collectively, the "Parties"), by and through undersigned counsel, hereby submit this Stipulation and Joint Motion for Approval and Entry of Stipulated Permanent Injunction Order in the form of the proposed order attached hereto, and in support state as follows:

        I.        The Parties participated in a mediation on July 15, 2019.

747039

2.      On July 16, 2019, the Parties filed a stipulation and joint motion for approval of a Stipulated Preliminary Injunction [Doc. 37] enforcing certain non-competition and non-solicitation agreements between the Parties pending trial in this matter.

3.      On July 18, 2019, this Court approved the Stipulated Preliminary Injunction and
entered an order [Doc. 38] endorsing it.

4.      Pursuant to a Settlement Agreement recently reached between the Parties, the Parties agree that certain agreed-upon non-competition and non-solicitation covenants shall be enforced pursuant to a Stipulated Permanent Injunction to be endorsed by order of this Court, which order shall supersede the Stipulated Preliminary Injunction.

5.      The Parties agree that the Stipulated Preliminary Injunction remains in full force and effect until such time as this Court grants this joint motion and enters the proposed Stipulated Permanent Injunction.

6.      Pursuant to the aforementioned Settlement Agreement, the Parties will also file a stipulation of dismissal, with prejudice, of all claims alleged against all parties to the Action, including the counterclaims and the Intervenors' claims, except for the Stipulated Permanent Injunction. The Stipulated Permanent Injunction shall remain in effect until the expiration of the non-competition and non-solicitation covenants of the Settlement Agreement.

7.      Accordingly, the Parties respectfully request that the Court rule on this joint motion first before endorsing the dismissal, which shall be filed shortly after this joint motion.

8.      The Parties further request that, in accordance with their Settlement Agreement, this Court retain jurisdiction over the subject matter of the Stipulated Permanent

Injunction for purposes of enforcing it and for determining the amount of attorneys' fees and costs to be awarded

to the prevailing party in the event SBS brings a proceeding to enforce the terms of the Stipulated Permanent Injunction.

9.       In accordance with the foregoing, the Parties submit herewith a Proposed Stipulated Permanent Injunction Order and respectfully request that this Court approve the same and enter it as an order of this Court.

**WHEREFORE,** the Parties request that the Court approve and enter the Proposed Stipulated Permanent Injunction Order attached hereto.

Respectfully submitted this 22nd day of November, 2019.

**ROBINSON WATERS & O'DORISIO, P.C.**
*/s/Harold R. Bruno  II_____*
Harold R. Bruno III
Elizabeth Michaels
1099 18th Street, Suite 2600
Denver, CO 80202
(303) 297-2600
hbruno@rwolaw.com
emichaels@rwolaw.com
*Counsel for Plaintiff*

**WINGET, SPADAFORDA & SCHWARTZBERG, LLP**
*/s/ Derek C. Anderson_____*
Derek C. Anderson
Susie Youn
2440 Junction Place, Suite 101
Boulder, CO 80301
720-699-1800
Anderson.d@wssllp.com
Youn.s@wssllp.com
*Counsel for Defendants*

**NIXON PEABODY LLP**
*/s/ W. Daniel Deane*
W. Daniel Deane
Nathan P. Warecki
Nixon Peabody LLP
900 Elm Street, 14th Floor
Manchester, NH 03101
(603) 628-4000
ddeane@nixonpeabody.com
nwarecki@nixonpeabody.com
*Counsel for Plaintiff*

**THE HUSTEAD LAW FIRM**
*/s/ Patrick Q. Hustead*
Patrick Q. Hustead
Aaron M. Bell
4643 S. Ulster Street, Suite 1250
Denver, CO 80237
303-721-5000
amb@thlf.com
pqh@thlf.com
*Counsel for Defendants/Counterclaimants /Intervenors*

747039

***McCONNELL FLEISHNER***
***HOUGHTALING, LLC***
 */s/ Traci Van Pelt*
Michael T. McConnell, Esq.
Traci Van Pelt, Esq.
Jonathan Corrigan, Esq.
4700 South Syracuse Street, Suite 200
Denver, CO 80237
(303) 480-0400
mike@mfhlegal.com
tvanpelt@mfhlegal.com
jcorrigan@mfhlegal.com
***Counsel for Plaintiff***

747039